IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| FINANCIAL INDEPENDENCE GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 3:24-cv-906 |
| v. | ) | |
| | ) | **COMPLAINT** |
| ROBERT DORRESTIJN, | ) | (Jury Trial Demanded) |
| | ) | |
| Defendant. | ) | |

Plaintiff Financial Independence Group, LLC ("**FIG**"), complaining of Defendant Robert Dorrestijn ("**Dorrestijn**"), alleges and states as follows:

## INTRODUCTION

1. FIG brings this action against Robert Dorrestijn for breach of contract due to Dorrestijn's failure to indemnify FIG for its losses and the attorneys' fees that it incurred as agreed upon in a written contract.

## PARTIES

2. Financial Independence Group, LLC is a limited liability company organized under the laws of the State of North Carolina, with its principal place of business located at 19520 West Catawba Avenue, Suite 200, Cornelius, North Carolina 28031. No member of FIG is a citizen of the States of Texas.

3. Robert Dorrestijn is a natural person who, upon information and belief, is a citizen of the State of Texas.

1

## JURISDICTION & VENUE

4. This Court has original jurisdiction of this civil action pursuant to 28 U.S.C. § 1332(a)(1).

5. Complete diversity of citizenship exists between FIG and Dorrestijn, and the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs.

6. Venue is proper in this district and division pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the contractual obligations and rights at issue in this lawsuit, as more fully described herein, were performed or are to be performed in Mecklenburg County, North Carolina.

7. Paragraph 18 of the contract between FIG and Dorrestijn provides in relevant part that any dispute arising under the contract "shall be governed and/or construed by the laws of the State of North Carolina" and "shall be brought exclusively in the courts of Mecklenburg County, North Carolina including, but not limited to, if applicable, The United States District Court for the Western District of North Carolina." (*See* Exhibit "A" hereto, *infra*).

## FACTS COMMON TO ALL COUNTS

8. FIG is an independent marketing organization that recruits, trains, teaches, and markets independent insurance brokers, agents, agencies, and/or licensed broker-dealers throughout the United States.

9. Upon information and belief, Robert Dorrestijn is a financial planner who founded and currently operates a business called "Rob the IRA Guy, f/k/a First Fidelity Tax and Insurance, f/k/a Agents Advisory Group, LLC."

10. On or about October 3, 2018, Robert Dorrestijn entered into a written contract with FIG (the "October 3, 2018 Elevate Membership Agreement").

11. A true and accurate copy of the October 3, 2018 Elevate Membership Agreement is attached as Exhibit "**A**" hereto and is incorporated by reference herein.

12. Pursuant to the terms of the October 3, 2018 Elevate Membership Agreement, Robert Dorrestijn became a correspondent member of FIG with access to its training programs, materials, and software.

13. In exchange, Dorrestijn agreed to place certain fixed and indexed annuity and long-term care contracts and/or business through FIG during the contract term.

14. Paragraph 9 of the October 3, 2018 Elevate Membership Agreement provides that Robert Dorrestijn, as an "Elevate Member," shall "indemnify, hold harmless and defend FIG from any claim, action, liability, loss, damage, lien, suit, administrative proceeding or any and all other liabilities to persons or property resulting from this Agreement in anyway [sic] including, without limitation, Elevate Member's breach of this Agreement, negligence, intentional or willful misconduct, or errors or omissions including, but not limited to, any and all expenses, attorneys' fees, losses, settlement costs, judgments, or other costs related thereto" (the "Indemnity Provision")

15. The Indemnity Provision further provides that "[i]n the event the Elevate Member fails to abide by the terms of this provision, FIG shall have the right to defend, protect, save harmless, pay or settle a claim, penalty or judgment on its own behalf without notice to Elevate Member for all fees, costs, losses, settlement costs, judgments and payments made or agreed to be paid to discharge the same and Elevate Member agrees to indemnify FIG for said costs and expenses."

16. Paragraph 11 of the Elevate Membership Agreement provides that a defaulting party shall "reimburse the non-defaulting party for all costs and expenses reasonably incurred by the non-defaulting party in connection with the default, including, but not limited to, any and all attorneys' fees and costs permitted by law" (the "Attorneys' Fees Provision").

17. The October 3, 2018 Elevate Membership Agreement originally had a duration of two (2) years.

18. On October 5, 2020, Robert Dorrestijn and FIG entered into a written contract that extended the term of the October 3, 2018 Elevate Membership Agreement for an additional two (2) years (the "Addendum").

19. A true and accurate copy of the Addendum is attached as Exhibit "**B**" hereto and is incorporated by reference herein.

### *The Porter Lawsuit*

20. On January 14, 2022, Charles Porter filed a lawsuit against Robert Dorrestijn, FIG, and others in the Comal County District Court in Texas under Case Number C2022-0093B, captioned *Charles Porter v. Robert Dorrestijn, et al.* (the "Porter Lawsuit").

21. The Porter Lawsuit involves claims resulting from Robert Dorrestijn's alleged sale and investment of Charles Porter's life insurance policies within the course and scope of Robert Dorrestijn's agency relationship with FIG.

22. On May 30, 2024, FIG resolved the claims that Charles Porter asserted against FIG in the Porter Lawsuit.

23. On June 17, 2024 and again, on September 19, 2024, FIG sent Robert Dorrestijn letters demanding indemnification and payment of amounts that FIG paid Charles Porter in settlement as well as the recovery of FIG's attorneys' fees.

24. To date, Robert Dorrestijn has refused to indemnify FIG for the settlement payment to Charles Porter and for its attorneys' fees as required by the October 3, 2018 Elevate Membership Agreement.

25. FIG has performed all of its obligations under the October 3, 2018 Elevate Membership Agreement.

26. FIG therefore brings this action for breach of the October 3, 2018 Elevate Membership Agreement and seeks all amounts owed to it under the contract.

## COUNT I
### (BREACH OF CONTRACT – OCTOBER 3, 2018 ELEVATE MEMBERSHIP AGREEMENT)

27. FIG re-alleges and incorporates by reference Paragraphs 1 through 26 above as if they are fully set forth herein.

28. Under the "Indemnity Provision" of the Elevate Membership Agreement, Dorrestijn agreed to "indemnify, hold harmless and defend FIG from any claim, action, liability, loss, damage, lien, suit, administrative proceeding or any and all other liabilities to persons or property resulting from this Agreement in anyway [sic] including, without limitation, Elevate Member's breach of this Agreement, negligence, intentional or willful misconduct, or errors or omissions including, but not limited to, any and all expenses, attorneys' fees, losses, settlement costs, judgments, or other costs related thereto."

29. Despite FIG's compliance with the October 3, 2018 Elevate Membership Agreement, as amended, Robert Dorrestijn has not indemnified FIG for its settlement payment to Charles Porter, nor has Robert Dorrestijn reimbursed FIG for its attorneys' fees.

30. As a direct and proximate result of Dorrestijn's breach of the October 3, 2018 Elevate Membership Agreement, FIG has incurred damages of at least $225,000, exclusive of interest and costs, in an exact amount to be proven at trial.

31.     FIG is entitled to a judgment declaring that it have and recover from Robert Dorrestijn an amount of at least $225,000 for Robert Dorrestijn's breach of contract, exclusive of interest and costs, as well as the expenses and costs that FIG has incurred and continues to incur in connection with its efforts to compel Robert Dorrestijn's compliance with the Indemnity Provision, but in an exact amount to be proven at trial.

**WHEREFORE,** Financial Independence Group, LLC respectfully prays to the Court for the following relief:

1. That FIG have and recover damages from Robert Dorrestijn for breach of the October 3, 2018 Elevate Membership Agreement for at least $225,000, with the exact amount to be proven at trial;

2. That FIG be awarded accrued interest, the costs of collection, additional costs and reasonable attorneys' fees to the extent allowed by law;

3. That all triable issues of fact be heard before a jury; and

4. That the Court award such other and further relief as it may deem just and proper.

This the 15th day of October, 2024.

Respectfully submitted,

*/s/ Dana C. Lumsden*
Dana C. Lumsden, Esq. [NC Bar No. 32497]
Anna E. Hamel, Esq. [NC Bar No. 60906]
**BRADLEY ARANT BOULT CUMMINGS LLP**
Truist Center, 214 North Tryon Street, Suite 3700
Charlotte, North Carolina 28202
Telephone: (704) 338-6000
Facsimile: (704) 332-8858
dlumsden@bradley.com
ahamel@bradley.com

ATTORNEYS for the PLAINTIFF
FINANCIAL INDEPENDENCE GROUP, LLC